# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2112

_____

Robert L. Kale, M.D.,                    *
                                         *
              Appellant,                 *
                                         *
                                         *   Appeal from the United States
      v.                                 *   District Court for the
                                         *   Western District of Arkansas.
W. Ray Jouett; Orman Simmons;            *
David Jacks; Bobbye Dennis; Anne         *        [UNPUBLISHED]
Britton; Sue Chambers; Trent Pierce;     *
C. Eldon Tommey; Alonzo Williams;        *
James Zini; Warren Douglas;              *
J. R. Baker,                             *
                                         *
              Appellee.                  *

_____

Submitted: August 15, 2007
Filed: August 21, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Robert L. Kale appeals the district court's[1] Federal Rule Civil Procedure 12(b)(6) dismissal of his complaint against several members of the Arkansas State Medical Board, alleging violations of his constitutional rights under 42 U.S.C. § 1983.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

He also appeals the court's denial of his post-judgment motion to amend his complaint to add a state-law defamation claim and assert diversity jurisdiction.

Having carefully reviewed the record and considered Dr. Kale's arguments, we find no basis for reversing the dismissal of the complaint. <u>See</u> <u>Springdale Educ. Ass'n v. Springdale Sch. Dist.</u>, 133 F.3d 649, 651 (8th Cir. 1998) (de novo standard of review). We also conclude that the court did not abuse its discretion in denying Dr. Kale's motion to amend his complaint. <u>See</u> <u>Parnes v. Gateway 2000, Inc.</u>, 122 F.3d 539, 550-51 (8th Cir. 1997) (after complaint is dismissed, right to amend under Fed. R. Civ. P. 15(a) terminates and leave to amend is matter for district court's discretion). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____